VAN–157 Deficiency Notice – Release Funds Rev. 09/27/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
|  | CASE NO.: 16–01586–5–SWH |
| IN RE: | DATE FILED: March 25, 2016 |
|  | CHAPTER: 13 |

Adama Rethema Eccleston
 ( debtor has no known aliases )
866 Buckingham Ct
Apt H
Cary, NC 27511

Debtor represented by:
Dennis Jay Sargent Jr.
Law Office Of Dennis Jay Sargent, Jr.
2500 Regency Parkway
Cary, NC 27518

Trustee:
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039

## DEFICIENCY NOTICE

To: Dilks & Knopik

Re: Ex Parte Motion to Release Funds in the Amount of $ 2,821.00 filed by Assignee Dilks & Knopik, LLC

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **November 6, 2017** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The amount of consideration for assignment was omitted.

DATED: October 23, 2017

Wendy Parker
Deputy Clerk